# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

PATRICK TAYLOR &
JOE NOWELL, JR.                                                                    PLAINTIFFS

V.                                    4:06CV00607 SWW/HDY

BOBBY BROWN                                                                         DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.     IT IS THEREFORE ORDERED THAT:

   1.   Plaintiffs' complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted.

   2.   This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

   3.   The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

   DATED this 14th day of August, 2006.

                                                                /s/Susan Webber Wright
                                                                UNITED STATES DISTRICT JUDGE