# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

PATRICK TAYLOR &
JOE NOWELL, JR.                                                                              PLAINTIFFS

V.                                    4:06CV00607 SWW/HDY

BOBBY BROWN                                                                                   DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 14th day of August, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE